UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ U.S. DISTRICT COURT - N.D. OF N.Y.   │
│           F I L E D                  │
│        JAN  -5  2010                 │
│ AT_____ O'CLOCK_____              │
│ Lawrence K. Baerman, Clerk - Syracuse│
└─────────────────────────────────────┘
```

ECOR SOLUTIONS, INC. f/k/a ERM C&O
SERVICES, INC.,

Plaintiff,

-against-                                    Civil Action No.: 02-CV-1103

MALCOLM PIRNIE, INC. and
DAVID R. HISS,

Defendants.

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(ii)

**WHEREAS** the above captioned action is now pending in the United States

District Court for the Northern District of New York, bearing Civil Action No.: 02-CV-

1103, and

**WHEREAS** no party hereto is an infant, incompetent person for whom a

committee has been appointed or conservatee, and no person not a party has an interest in

the subject matter of the action,

**IT IS HEREBY STIPULATED AND AGREED** by and between the

undersigned, the attorneys of record for all parties to the above-entitled action, that

Plaintiff ECOR's First Amended Complaint dated April 11, 2006 as against Defendants

Malcolm Pirnie, Inc. and David R. Hiss, individually is dismissed with prejudice; and

that neither party shall be awarded costs or disbursements; and that this Stipulation may

be signed via facsimile and in counterpart and may be so submitted to the Court without

further notice to the Clerk of the Court.

Dated: _____1/4_____, 2010
Rochester, New York

**ERNSTROM & DRESTE, LLP**                    **SUGARMAN LAW FIRM, LLP**

_____                    _____
John W. Dreste, Esq. (506805)                  Kevin Hunt, Esq. (501399)
180 Canal View Blvd.                           360 South Warren Street
Suite 600                                      HSBC Center, Fifth Floor
Rochester, New York 14623                      Syracuse, New York 13202
Telephone: 585-473-3100                        Telephone: 315-474-2943
*Attorneys for Plaintiff*                      *Attorneys for Defendants*
*ECOR Solutions, Inc.*                         *Malcolm Pirnie, Inc. and*
                                               *David R. Hiss*

So Ordered. Norman A. Mordue
Chief Judge
1-5-10